DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WEISS v. WOODY

No. 293P86.

Case below: 80 N.C. App. 86.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 3 June 1986.

WELLS v. BULOW

No. 120P86.

Case below: 78 N.C. App. 808.

Petition by defendant (Bulow) for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.